UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| CHRISTOPHER DORAN | | |
| DENISE DORAN | : | |
| Debtor | : | Bankruptcy No. 10-10110 |
| CHRISTOPHER DORAN | | |
| DENISE DORAN | : | |
| | : | |
| Plaintiffs | | |
| v. | | |
| CITIZENS FINANCIAL GROUP | : | Adversary No. 10-0010 |
| d/b/a CHARTER ONE | | |
| Defendants | : | |

.................................................

ORDER

.................................................

AND NOW, this 12th day of March 2010, upon motion for the plaintiffs for default judgment,

And there being no response thereto,

And the plaintiffs certifying that proper service was made upon the defendant,

It is hereby ordered that judgment be entered by default in favor of the plaintiffs and against defendant. Defendant Citizens Financial Group's secured claim is avoided pursuant to 11 U.S.C. § 506(a), (d) and that creditor shall have only an allowed

unsecured claim.

                                            *Bruce Fox*
                                    _____
                                           BRUCE FOX
                                United States Bankruptcy Judge

copies to:

Mr. Christopher Doran
Ms. Denise Doran
2730 S. 18th Street
Philadelphia, PA 19145

Michael A. Cataldo, Esq.
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Citizens Financial Group d/b/a Charter One
Attn: Managing Agent
121 S. Superior Avenue
Cleveland, OH 44114

Mr. Kevin Costa
Bankruptcy Manager
CHARTER ONE
480 Jefferson Blvd., FJE 135
Warwick, RI 02886

Ms. Ellen Alemany
Chief Executive Officer
Citizens Financial Group
One Citizens Plaza
Providence, RI 02903

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119